# United States Court of Appeals

## For the First Circuit

No. 17-1503

UNITED STATES OF AMERICA,

Appellee,

v.

ALBA PENA, a/k/a Alba Toribio,

Defendant, Appellant,

No. 17-1504

UNITED STATES OF AMERICA,

Appellee,

v.

INDRANIS ROCHEFORD,

Defendant, Appellant,

**ERRATA SHEET**

The opinion of this Court, issued on December 14, 2018, is amended as follows:

On page 16, line 12, replace "they were" with "she was"

On page 22, line 12, replace "a" with "as"

On page 22, line 13, replace "as" with "a"